FILED

2013 MAR 18 PM 2:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLFIN AI-CA 4, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>MIRIAM MEZA, et al.,<br><br>    Defendants. | Case No. ED CV 13-443-UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court will remand this unlawful detainer action to state court summarily because defendant removed it improperly.

On March 8, 2013, defendant Miriam Meza, having been sued in what appears to be a routine unlawful detainer action in California Superior Court, lodged a Notice of Removal of that action to this Court, and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendant does not competently allege facts supplying either

1 diversity or federal question jurisdiction, and therefore removal is improper. 28
2 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,
3 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Here, defendant asserted federal
4 question jurisdiction as her basis for removal. But as described in more detail in
5 the Order Denying Defendant's Request to Proceed Without Prepayment of Filing
6 Fee, because the unlawful detainer action to be removed does not actually raise the
7 federal claims to which defendant points, there is no basis to assert federal
8 question jurisdiction. See 28 U.S.C. §§ 1331, 1441.

9       Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the
10 Superior Court of California, Riverside County, Southwest Justice Center,
11 30755-D Auld Road, Murrieta, CA 92563, for lack of subject matter jurisdiction
12 pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this
13 Order to the state court; and (3) that the Clerk serve copies of this Order on the
14 parties.

17 DATED: 3/14/13

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE